JS Moore
1012 Whippoorwill Ln
Kingsport TN 37664

Retail

UNITED STATES POSTAL SERVICE

37743

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
KINGSPORT, TN 37664
MAR 10, 2026

$1.90

S2324H505411-01

United States District Clerk
Eastern District of Tenn
220 West Depot St Suite 200
Greeneville TN 37743