Js Moore
1012 Whippoorwill ln
Kingsport TN 37660



United States District Clerk
Eastern District of Tennessee
220 West Depot St
Suite 200
Greeneville, TN 37743